# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

**JAYVONTE PINES,**                                    **CIVIL ACTION**
    **Plaintiff**

**VERSUS**                                                   **NO. 12-3023**

**STATE OF LOUISIANA,**                       **SECTION: "E"**
    **Defendant**

## ORDER

The Court, having considered the petition, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the plaintiff's failure to object to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion. Accordingly,

**IT IS ORDERED** that untimely federal petition of Jayvonte Pines for *habeas corpus* relief be and hereby is **DISMISSED WITH PREJUDICE**.

**New Orleans, Louisiana, this __11th__ day of June, 2013.**

                                                             **SUSIE MORGAN**
                                         **UNITED STATES DISTRICT JUDGE**